# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MIGUEL DAVID CARTAGENA ROMAN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D21-3213
LT Case No. 2018-CF-015830-A-O

Decision filed September 27, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Carlos A. Ivanor, Jr., of The Ivanor
Law Firm, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.